**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No.:** 17-20101 |
| | ) | |
| **vs.** | ) | |
| | ) | **18 U.S.C. § 505** |
| **JAY RICHARD HASSMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about December 29, 2015, and on or about January 8, 2016, in the Western District of Tennessee and elsewhere, defendant

**JAY RICHARD HASSMAN**

did knowingly forge the signature of the Honorable Sheryl H. Lipman, a judge of the United States District Court for the Western District of Tennessee, for the purpose of authenticating a document, to wit, "Revised Order on Petitioner's Motion for Financial Protection and Temporary Restraining Order," date-stamped December 29, 2015, in violation of Title 18, United Stated Code, Section 505.

**COUNT 2**

Between on or about December 29, 2015, and on or about January 8, 2016, in the Western District of Tennessee and elsewhere, defendant

**JAY RICHARD HASSMAN**

did knowingly concur in using the forged signature of the Honorable Sheryl H. Lipman, a judge of the United States District Court for the Western District of Tennessee, for the purpose of authenticating a document, to wit, "Revised Order on Petitioner's Motion for Financial Protection and Temporary Restraining Order," date-stamped December 29, 2015, by causing said document to be delivered to Carroll Bank and Trust, in violation of Title 18, United Stated Code, Section 505.

**COUNT 3**

Between on or about December 29, 2015, and on or about January 11, 2016, in the Western District of Tennessee and elsewhere, defendant

**JAY RICHARD HASSMAN**

did knowingly concur in using the forged signature of the Honorable Sheryl H. Lipman, a judge of the United States District Court for the Western District of Tennessee, for the purpose of authenticating a document, to wit, "Revised Order on Petitioner's Motion for Financial Protection and Temporary Restraining Order," date-stamped December 29, 2015, by causing said document to be delivered to Professional Financial Services, in violation of Title 18, United Stated Code, Section 505.

**COUNT 4**

Between on or about December 29, 2015, and on or about February 2, 2016, in the Western District of Tennessee and elsewhere, defendant

**JAY RICHARD HASSMAN**

did knowingly concur in using the forged signature of the Honorable Sheryl H. Lipman, a judge of the United States District Court for the Western District of Tennessee, for the purpose of authenticating a document, to wit, "Revised Order on Petitioner's Motion for Financial Protection and Temporary Restraining Order," date-stamped December 29, 2015, by causing said document to be delivered to World Finance Corporation, in violation of Title 18, United Stated Code, Section 505.

**COUNT 5**

Between on or about January of 2016, and on or about May of 2016, in the Western District of Tennessee and elsewhere, defendant

**JAY RICHARD HASSMAN**

did knowingly concur in using the forged signature of the Honorable Sheryl H. Lipman, a judge of the United States District Court for the Western District of Tennessee, for the purpose of authenticating a document, to wit, "Revised Order on Petitioner's Motion for Financial Protection and Temporary Restraining Order," date-stamped December 29, 2015, by delivering said document to Justine Watt, in violation of Title 18, United Stated Code, Section 505.

**COUNT 6**

Between on or about March 16, 2016, and on or about March 25, 2016, in the Western District of Tennessee and elsewhere, defendant

**JAY RICHARD HASSMAN**

did knowingly forge the signature of the Honorable Sheryl H. Lipman, a judge of the United States District Court for the Western District of Tennessee, for the purpose of authenticating a document, to wit, "Revised Order on Petitioner's Motion for Financial Protection and Temporary Restraining Order," date-stamped March 16, 2016, in violation of Title 18, United Stated Code, Section 505.

**COUNT 7**

On or about March 25, 2016, in the Western District of Tennessee and elsewhere, defendant

**JAY RICHARD HASSMAN**

did knowingly concur in using the forged signature of the Honorable Sheryl H. Lipman, a judge of the United States District Court for the Western District of Tennessee, for the purpose of authenticating a document, to wit, "Revised Order on Petitioner's Motion for Financial Protection and Temporary Restraining Order," date-stamped March 16, 2016, by causing said document to be delivered to Carroll Bank and Trust, in violation of Title 18, United Stated Code, Section 505.

**COUNT 8**

On or about March 25, 2016, in the Western District of Tennessee and elsewhere, defendant

**JAY RICHARD HASSMAN**

did knowingly concur in using the forged signature of the Honorable Sheryl H. Lipman, a judge of the United States District Court for the Western District of Tennessee, for the purpose of authenticating a document, to wit, "Revised Order on Petitioner's Motion for Financial Protection and Temporary Restraining Order," date-stamped March 16, 2016, by causing said document to be delivered to World Finance Corporation, in violation of Title 18, United Stated Code, Section 505.

**A TRUE BILL:**

**FOREPERSON**

**DATE:**

**LAWRENCE J. LAURENZI**
**ACTING UNITED STATES ATTORNEY**